ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| AARON LE VON JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 306-100 |
| | ) | |
| THURBERT E. BAKER, Attorney General, JAMES E. DONALD, JACQUILINE BUNN, FRED BURNETTE, PAT ETHEREDGE, MARK FARRIS, BARBARA GRANT, DENNIS C. MCCRANIE, MARVIN MADISON, STEPHEN HART, PERRY HAMILTON, and GLEN JOHNSON, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion for default and Plaintiff's motion for a default judgment are **DENIED**, and Plaintiff's motion for injunctive relief is also **DENIED**.

SO ORDERED this ___ day of June, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE